IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DAVID MARTINEZ JR., | ) | |
| | ) | |
| Plaintiff, | ) | 4:11CV3075 |
| | ) | |
| v. | ) | |
| | ) | |
| SCHMITZ FARMS, INC., a Nebraska Corporation, and CRAIG SCHMITZ, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendants. | ) | |

After conferring with the parties,

IT IS ORDERED:

1) Plaintiff's unopposed motion to extend the deadline for amending pleadings and adding parties, (filing no. 15), is granted.

2) A telephonic conference with the undersigned magistrate judge will be held on November 17, 2011 at 1:00 p.m. to discuss the status of case progression, trial location, and potential settlement. Counsel for plaintiff shall place the call.

DATED this 14th day of September, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge